IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 02 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, KELLY R. SHACKLEFORD and KAREN MILLS | PLAINTIFF |
| VS. 4:15-CV-00416-BRW | |
| IBERIA BANK, IBERIA BANK CORPORATION, and IBERIA MORTGAGE COMPANY | DEFENDANTS |

## ORDER

The United States has decided not to intervene at this time; however, Relators are permitted to continue this action on behalf of the United States.

Accordingly, the Clerk of the Court is directed to unseal the Complaint, the Notice the United States filed today, and this Order – all previously-filed papers remain sealed. All future pleadings are to be filed publicly (unless leave is granted to file under seal).

Relators are permitted to serve a copy of the Complaint and a summons on Defendants. After Relaters have served Defendants with a copy of the Complaint and a summons, Relators are free to then serve Defendants with a copy of the Notice the United States filed today, and this Order.

The parties must serve the United States with copies of all future pleadings, motions, and other papers filed in this action, including notices of appeal. The United States may order copies of any deposition transcripts, or intervene in this action, for good cause, at any future time. The Court will not dismiss this action without first soliciting the United States' written consent.

IT IS SO ORDERED this 2nd day of August, 2017.

_____
UNITED STATES DISTRICT JUDGE